UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOHN GREGORY LAUGHON,
by and through Ginger Laughon,
as attorney in fact,

       Plaintiff,　　　　　　　　　　CASE NO.: 3:06-cv-692-J-25HTS

v.

CITY OF JACKSONVILLE,
CORRECTIONAL MEDICAL SERVICES,
INC., a Missouri corporation, MONTY
BEANE, RN, individually and as
employee of Correctional Medical Services,
Inc., JOHN JOYCE, M.D., individually and as
employee of Correctional Medical Services,
Inc., CAREY GOODMAN, M.D., individually
and as employee of Correctional Medical
Services, Inc.,

       Defendants.
_____/

## NOTICE OF SETTLEMENT

      Pursuant to Local Rule 3.08, Plaintiff hereby notifies the Court that the parties have reached a settlement of all issues and requests that the case be removed from the pending trial docket. Plaintiff's counsel is awaiting the settlement documents and settlement checks from Defendants, and therefore, requests the Court allow an additional sixty (60) days within which to conclude the settlement transactions before entering its Dismissal of this action.

DATED: March 25, 2008.

Respectfully submitted,

**SPOHRER & DODD, P.L.**

| | |
|---|---|
| **RICHARD A. MULLANEY** | |
| **GENERAL COUNSEL** | /s/ Galen D. Bauer |
| **HOWARD M. MALTZ, ESQ.** | **ROBERT F. SPOHRER, ESQ.** |

Florida Bar No. 593109
City of Jacksonville
117 W. Duval Street, Suite 480
Jacksonville, FL 32202
Telephone: 904-630-1854
Telephone: 904-309-6500
Facsimile: 904-630-1316
Email: hmaltz@coj.net
***Attorneys for City of Jacksonville***

**ROBERT F. SPOHRER, ESQ.**
Florida Bar No. 1084500
**Galen D. Bauer, Esquire**
Florida Bar No. 014156
701 West Adams Street, Suite 2
Jacksonville, FL 32204
Telephone: 904-309-6500
Facsimile: 904-309-6501
Email: rspohrer@sdlitigation.com
         gbauer@sdlitigation.com
and

**SEAN B. CRONIN, ESQ.**
Florida Bar No. 146447
Cronin & Maxwell, LLC
2223 Oak Street
Jacksonville, Florida 32204
Telephone: (904) 388-9555
Facsimile: (904) 358-7301
E-mail: sean@croninmaxwell.com
***Attorneys for Plaintiff***

**GROWER, KETCHAM, RUTHERFORD, BRONSON, EIDE & TELAN, P.A.**
**PATRICK H. TELAN, ESQ.**
Florida Bar No. 973874
**JOHN J. TRESS, ESQ.**
Florida Bar No. 0183751
P. O. Box 538065
Orlando, FL 32853
(407) 423-9545
Phtelan@growerketcham.com
Jjtress@growerketcham.com
***Attorneys for Defendant***
***Correctional Medical Services, Inc.***

        **HAYDEN & FACCIOLO, P.A.**
**V. James Facciolo, Esquire**
Florida Bar No. 151111
1551 South 14th Street, Suite B
Fernandina Beach, FL 32034
(904) 491-7647
Facciolo@bellsouth.net
*Attorney for Defendant Beane*

**COLE, STONE, STOUDEMIRE & MORGAN**
**Robert A. Cole, Esq.**
Florida Bar No. 251348
201 N. Hogan Street, Suite 200
Jacksonville, FL 32202
(904) 353-9664
Rcole@colestone.com
*Attorney for John Joyce, M.D.*

**HINSHAW & CULBERTSON LLP**
Geoffrey D. Sessions, Esquire
Florida Bar No. 992984
550 North Laura St., Suite 4l00
Jacksonville, FL 32202
(904) 359-9620
Gsessions@hinshawlaw.com
*Attorneys for Defendant Goodman*

### Certificate of Service

     I hereby certify that the foregoing Notice of Settlement was filed on March 25, 2008, with the CM/ECF system for the United States District Court, Middle District of Florida, which will send an electronic notice to counsel for all parties.

                         */s/ Galen D. Bauer*
                        Attorney