UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**JOHN GREGORY LAUGHON,**
by and through Ginger Laughon,
as attorney in fact,

    Plaintiff,

vs.                                         CASE NO:   3:06-cv-692–HLA-JRK

**CITY OF JACKSONVILLE,
CORRECTIONAL MEDICAL SERVICES,
INC.**, a Missouri corporation, **MONTY
BEANE, RN**, individually and as employee
of Correctional Medical Services, Inc.,
**JOHN JOYCE, M.D.**, individually and as
employee of Correctional Medical Services,
Inc., **CAREY GOODMAN, M.D.**, individually
and as employee of Correctional Medical
Services, Inc.,

    **Defendants.**

## MEDIATION DISPOSITION REPORT

    Prior to the scheduled Mediation Conference set for **Thursday, May 1, 2008 at 10:00 o'clock a.m.**, counsel for the parties advised the Mediator that the case had settled. Therefore, this case is hereby reported as **Settled**.

    **DATED** this __30____ day of April, 2008.

                                              **RESPECTFULLY SUBMITTED**,

                                              _//s// Michael I. Coulson_____
                                              MICHAEL I. COULSON - **Mediator**
                                              Certification No: 5891 R
                                              4651 Salisbury Road, Suite 225
                                              Jacksonville, FL  32256

(904) 296-9919

**Copies to:**

**ROBERT SPOHRER, ESQUIRE**
Spohrer & Dodd, P.L.
701 West Adams Street, Suite 2
Jacksonville, FL 32204
Attorneys for **Plaintiff**

**HOWARD M. MALTZ, ESQUIRE**
Office of General Counsel
117 West Duval Street, Suite 480
Jacksonville, FL 32202
Attorneys for **Defendants City of Jacksonville**

**V. JAMES FACCIOLO, ESQUIRE**
Hayden & Facciolo, P.A.
1551 South 14th Street, Suite B
Amelia Island, FL 32034
Attorneys for **Defendant Bean**

**PATRICK H. TELAN, Esquire**
Grower, Ketcham, Rutherford, Bronson,
Eide & Telan, P.A.
Post Office Box 538065
Orlando, FL 32853-8065
Attorneys for **Defendant CMS**

**ROBERT A. COLE, ESQUIRE**
Cole, Stone, Stoudemire, & Morgan
201 North Hogan Street, Suite 200
Jacksonville, FL 32202
Attorneys for **Defendant Joyce**

**GEOFFREY SESSIONS, ESQUIRE**
Hinshaw & Culbertson, LLP
50 North Laura Street, Suite 4100
Jacksonville, FL 32202
Attorneys for **Defendant Goodman**

   //s// Michael I. Coulson
               Attorney

- 2 -